UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                             08-47566-WSD
                                                     (Chapter 7)

Hedden, Linda
         Debtor(s).                             Hon. Walter Shapero

_____/

**DEBTOR'S MOTION TO DISMISS CASE**

Douglas Ellmann, Trustee states:

      1. The debtor(s) filed voluntary bankruptcy.

      2. The debtor(s) desires to dismiss this case, as she is receiving support from family sources to allow her to pay creditors.

      3. 11 USC §707 allows dismissal upon motion.

      Therefore, the debtor requests this case be dismissed.

Dated: 5/14/2008

                                                 /s/ Douglas Ellmann
                                                 Douglas S. Ellmann (P34617)
                                                 Ellmann & Ellmann PC
                                                 Attorneys for debtor
                                                 308 West Huron
                                                 Ann Arbor, MI    48103
                                                 734 668 4800
                                                 dse@ellmannlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Hedden, Linda

    Debtor(s).

08-47566-WSD
(Chapter 7)

Hon. Walter Shapero

_____/

ORDER DISMISSING CASE

This matter having come on to be heard upon the Debtor's Motion and the Court having reviewed it and being otherwise fully advised in the premises, and no objection having been filed,

IT IS HEREBY ORDERED AND ADJUDGED that the Debtor's Motion to Dismiss is granted, and this case is dismissed.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

In re: 08-47566-WSD

Hedden, Linda

    Debtor(s).

Hon. Walter Shapero

(Chapter 7)

_____/

NOTICE OF TRUSTEE'S MOTION TO DISMISS

The Debtor has filed papers with the court to dismiss the case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to approve the attorney fees for or if you want the court to consider your views on the motion application. Within 15 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.
You must also mail a copy to:
Douglas S. Ellmann
308 W. Huron
Ann Arbor, MI 48103

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: 5/14/2008

   /s/ Douglas Ellmann
Douglas S. Ellmann (P34617)
Ellmann & Ellmann PC
Attorneys for debtor
308 West Huron
Ann Arbor, MI 48103
734 668 4800
dse@ellmannlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  08-47566-WSD

    Hedden, Linda

        Debtor(s). Hon. Walter Shapero

_____/ (Chapter 7)

CERTIFICATE OF SERVICE

The motion to dismiss, 15 day notice, and certificate of service were served upon the panel trustee, counsel of record and the US Trustee via electronic case filing and the notice was served upon the matrix by first class mail:

/s/ Douglas S. Ellmann, Trustee

Dated: 5/14/2008