UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:
Hedden, Linda

    Debtor(s)
_____/

Case No. 08-47566
Chapter 7
Hon. Walter Shapero

## AFFIDAVIT OF DEFAULT

Timothy J. Miller, Trustee a resident of Macomb County in the State of Michigan being first duly sworn deposes and says as follows:

1. On June 26, 2008 at 9:00 a.m. a hearing was held on the Trustee's Motion to Dismiss the above captioned Debtor's Bankruptcy case for failure to comply with certain requirements.

2. At that hearing the Debtor was ordered produce all records pursuant to 11 U.S.C. §521(e)(2)(A) to the Trustee by July 6, 2008 or the case would be dismissed.

3. An order was entered on June 27, 2008 providing for the same.

4. The Debtor failed to provide the required records.

5. According to the June 27, 2008 order, the case should be dismissed for Debtor's failure to produce the required records.

Further affiant sayeth not.

DATE: July 15, 2008         /s/Timothy J. Miller
                                               Timothy J. Miller